IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | 8:08CV54 |
| | ) | |
| Mitchell Muchowicz, | ) | |
|     Defendant(s), | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| Deeb Real Estate, | ) | |
|     Garnishee. | ) | |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Deeb Real Estate, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Deeb Real Estate, whose address is 2611 S. 117th St., Omaha, NE 68144.

DATED this 8th day of July, 2008.

BY THE COURT:

/s Joseph F. Bataillon
_____
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE